U.S DISTRICT Court Central District

Page

(1) USD Court of Illinois /
Room 210
600 E Monroe Street
SPRINGFIELD, ILLINOIS IL 62701

#1 Conglomerate of 23000+ No unincorporated Assn Former William A.11
Association of Committee to elect Dr. Kamal Karna Roy as Republican US Presid
#2 c/o Mr. Kamal Karna Roy
#3 P.O Box 1173
14 Kiwassa Road
Apt.. 5G
Saranac Lake, NY 12983-7173

ss# 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

P.O.B 1173 s/L NY 2008 Nov 4
12983
U.S Street Address
107 A Scribner Ave
Staten Island New York
10301

Total
65 Pages
25 Pages Complaints or Plaintiffs
+ 40 pages exhibits

Out Source USA
Main Office
17th Floor T Space
(Flat 16 F)
Everest Building
46 C J.L Nehru Rd,
KOLKATA - 70001)
INDIA

#1 NORWEGIAN NOBEL PEACE PRIZE
COMMITTEE 4 NOBEL
PRIZE 2009 @ FOUNDATION
OSLO, NORWAY

et al
Meredith Poose
All Assocns formanally
poor & Kamal KK Roy

# MR B.H obama awardee
Nobel Peace Prize 2009

MBA (MS degree
SUNY Maritime College
BX, NYC ID 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
1974) & Ph.D. P.D (Divinity
1974) LL.B (law) from accredited
Foreign Schools)
Adv cert in Public Adim
1972, ID 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

# USA Govt, WASHINGTON DC
20500
et al
16000 Defendants
NS
See Civ Docket sheet
#1 COMPLAINS &
exhibits

(1) ORIGINAL CIV RIGHTS
Violation COMPLAINS
Filed us on 10/9/2009
CIV Case No
CIV rights violations on Worker
PEOPLE V12 KK Roy

USDR
Graduate
School etc

*[handwritten: ORIGINAL]* *[handwritten: In the U S D Court]*

*[handwritten: Street Address 107 A Scribner Ave, NY 10301]* *[handwritten: original C.D of ILLINOIS Springfield]*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

*[handwritten: L 62701]* *[handwritten: IL 62701]*

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

*[handwritten: Conglomerate (unincorporated) of 23000+ Nos Assocn formed]*

**DEFENDANTS**

*[handwritten: NORWEGIAN NOBEL PEACE PRIZE 2009 Committee C/o Nobel Prize Foundation OSLO]*

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

*[handwritten: within H.I.I-WR Group (Tax exempt) EIN 13-3566660 by Jas]*

**Attorneys** (If Known)

*[handwritten: Norway; U·S·A Gov't; BH Obama — on Default U·S President W.e.f 1-20-2009 as 27th Ns]*

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

*[handwritten: Civil action filed in USDCs for damages; MISC; obama for obt USA Pres U.S.]*

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No  *[handwritten: Misc rel]*   **MONEY DEMANDED IN COMPLAINT:** $ *[handwritten: 50 Million]*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*[handwritten: Misc violation of civil rights of weaker people in obama USA by powerful & by Nobel Prize]*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☒ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

*[handwritten across form: My BH Obama on default USA President/ state of Illinois/ state of Hawaii/ state of California ... Committee dishonor, want to Non eligible, peace woke, v $/z BH obama ...]*

*[handwritten: See attached CIV Docket Sheet 1 A MISC HONOR OF DESIGNATES]*

*[handwritten: The Damages were provoked & filed, US President Was honored PLAINTIFFS LOST HONOR]*

*[handwritten: In Jurisdictions for Damages]*

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

*[handwritten: 10/9/09 for 22000+ Nos By Rev Kamal K Roy — Dr Rev Kamal K K Roy]*

*[handwritten: U.S.A is a Defendant original]*

*[handwritten: C.D ILLINOIS Springfield]*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☐ Yes
If yes, list case number(s): _____

*[handwritten: Per 11-cv Docket Page 2]*

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *[handwritten: Per 1-1 X]* | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *[handwritten: Franklin, NY]* | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *[handwritten: See attached Cv Docket #1A]* | *[handwritten: Per Kamal K... 10/9/09]* |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** *[handwritten: Per Dr Kamal K Roy]*  Date *[handwritten: 10/9/2009]*  *[handwritten: For plain... Pro Se]*

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

*[handwritten: 23000+ NIS included Dr Kamal K Roy]*

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Original

US/C D 2/11/120's
DC
USDC/ Co/ Phila

(Pro) United States
District Court

Jury Trial
Demand
of Judges 5 Nos
Judges CIVIL Case Nos
demanded

Matter of 23000+ Nos

23000+
Nos

unincorporated Assens as
a Conglomerate formed
Within Handicat Interests
International - World Religions
Group Non Profit Tax exempt
(by IRS ) EIN 13-3566610
those work within USA &
out source USA (Main Office
out source USA 46-C
Jn. Nelson Rd, 17th Floor T-Spate
Flat 16F, 17th T-Floor,
Evererest House
KOLKATA - 700071, INDIA)
with intent of Redevelopment
of Democracies in USA et al &
to redevelop the "PEOPLE"
in Democracy in USA et al

USA
Office,
107A
Scribner
Ave,
SI,
New York
10301
EIN
13-3566610

10/9/2009 1-1-A-B financially poor group
Page ( Volunteer Office &
strategist of the unincorporated
Conglomerate under Laws of
IRS Non Profit Religious group
Volunteer Officer KAMAL K.K Roy, et al
Plaintiffs
USA

VS
NORWEGIAN NOBEL PEACE PRIZE Comm the main USA

Show cause order
prayed on Defendants
for Violation
of Civil
rights of
Worker
people
& people of Unincorpo
rated
Associations
of USA
& out source
USA
to protect
Honor of
designated
US Consti-
tutional
head & Viz
President
of USA
Now being
held by
B H Obama
on Default US
President

#1
#2 B H OBAMA     C/o NOBEL PRIZE FOUNDATON, OSLO NORWAY
#3 USA GOVT     et al 16000 Nos NORWAY

les DC/ CD illinois ✗
U S D C / Cof phil

Civil Case No—   1A-1 page ✗

Kamal Karna Roy
Apt 5 G
P.O. Box 1173
Saranac Lake, NY 12983

A Plaintiff

Pro Se
for all Plaintiffs — self
& 20060+ NJ
unincorporated
Assc'n Wittin
H-1 1-W12 Group
EIN 13-3056640
Tax exempt
by IRS

Street Address
14 Kiwessa Rd
#5G
Saranac Lake
NY 12983 USA

Exh

THE REV DR
KAMAL K Roy
AKA   JOSEPH GERONIMO JR

A
Plaintiff



SS
# 578 80 -43-99

(3)
(3)

✗
1/19/09
A Plaintiff
23000 Nos
23000 by Asser

a  ✗

Kamal KKRoy

*In the*
*USDC CD Illinois* *springfield*
*USDC/Co at Denver* *Petition of forma pauperis* *IL*
*EDPA Phila Pa Colorado Denver*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

#1 20000+ Nos unincorporated religion based Associations Formed As a conglomerate to work outsoure USA & within USA

**DEFENDANTS**
#1 NORWEGIAN NOBEL PEACE PRIZE COMMITTEE #2 OSLO, NORWAY c/o Nobel Foundation NY #2 B H Obama Recipient Prize NY
US Pres on Default Nov 1 20.09
#3 Democratic National Committee Washington

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Handical Interests Int'l World Religion Tax exempt Non Profit religions EIN 13-3584640

Attorneys (If Known)
Within guidelines of

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff ☒ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

20000 Nos

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 #USA Gov |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 UN DC NYC |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 #6 Assembly Prez Assn NYC |

MISC

**IV. ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge
In the peush

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 25 Million US $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
CIVIL RIGHTS VIOLATION OF WEAKER PEOPLE VIZ KAMAL ROY To UP KEEP NATIONAL HONOR IN MATTER OF

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 120 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 130 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 140 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

REQUEST FOR ISSUANCE OF SHOW Cause
Defendant Nobel Peace Prize 2009 Committee for award et al etc

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

Kamal Roy
for all plaintiffs

Docket Sheet #1 Pree 1 The Rev Kamal Kama K Roy for 23 000+ Nos + self
23 000+ Nos Kamal K Roy Prize for Self

*Civ Docket - Sheet -- Page 2*
*#l Colorado Denver*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

*EDPA*

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s):

*No similar Damages on prorata Damages in other Jurisdiction may be filed with*

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

*some different ground of Law*

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

*Denver Co*

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *Franklin NY Dr Kamel Roy Dr website clergy etc* | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

*CD Illinois Springfield*

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *Phila PA   Denver Co* | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | *DENVER Co   USA vs defendant* |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note: In land condemnation cases, use the location of the tract of land involved**

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** *Rev Dr Kamel K Roy*   Date  *10/9/2009*   *Kamel K Roy*

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

*Dr Kamel K Roy 2009*   *N A Kamel K Roy*   *10/9/08*

Key to Statistical codes relating to Social Security Cases:

*10/9/09*

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

*10/9/08*   *(Poor)*

*10/9/08*

USDC/Cp Illinois/Springfield

U.S. District Court        USDC/—    (1-1C)

CD Ill / IA / CO / IA

12                                            ✗
                                           10/4/09

Additional Defendants:—

(1-B) Republican National Committee

Washington Dc —Non hostile
Defendant but was practically silent
on hoax of award on obama

(1-c) Democratic National Committee

Washington Dc — the party

Vouched for Presidency USA who
remained silent on Fake award.

The party advocated that obama was
US born and citizen of US on birth.
But Plaintiffs alleged BA obama did not
provide true evidence that he was US born
allegedly was born in Honolulu HI, But Live
Witnesses Said that He was born in
MOMBASA Kenya Africa, a British
Colony in U.K. Obama DNA's father
was alien to USA and mother Viz Ann
Stanley Dunham was 18 yrs old @ delivery
Could not of obama on Planet Earth; So Obama, by Laws

(6)

The facts
by Kandt
for Plaintiffs
10/9/09

✗
10/9/09

✗

U.S.D Court        USDC        Page

CD Illinois                          1-18

Other defendents
of powerful Base                    Civil case No

1A    B. H. obama — Nobel
Peace Prize    the Controverted
awarded    US President
2009    (on Default W. e t
1.20.2009  as
270+ Civil actions
were filed against
him, et al, @
USD Courts, courts
(USCA's)
at circuits of USA Legal
Jurisdiction , US Supreme
Court Washington DC
& at I.C. Justice
at Hague, Peace Palace
Netherlands  for Misc
Violations at 2008. Nov
2008  Elections for U.S
President & Legal inaligibility
of BH. obama as his U.S President
due to Fore birth on planet earth
and his Nationality @ birth were
were not provided to Candidates
of election of Nov 04, 2008.

Matter of insult
& How a  Nobel
Peace prize
awared to
B H. obana
When there
were no
peace
Peace
efforts
of obama
as on
election
of obama
as U.S. Pres.

P.T.O
Page 1C

10/9/09

10/9/09

U.S. District Court

additional Defendants
(ID)

USDC/1-1D

The Associated Press, NY & NY
and all other News Media
in USA who failed to protect
the hoax of Nobel peace Prize 2009
award on B.A. Obama U.S. President
on default WEJ 1.20.09 as 270+ Noj
Civil actions were filed or pending
on/before he took oath of Office
of U.S. President with alleged V& D Violation
of U.S Constitution as non natural born
US citizen to take highest designated
Executive Office in Republic of USA

A Plaintiff: The Rev Dr Kamal Karl K Roy
a/k/a and was born as Joseph Geronimo Jr
in Guam (US Territory) Rebel GOP leader of western people in USA
D.O.B 3.31.1934
was a US Presidential candidate and yet
& all other Hopeful to be declared to have won U.S.
US Pres
candidates have Pres. elections Nov 4, 2008 When & if Obama was
retired hope
of US President found ineligible for job and ejected from office
& Dr K Roy will be
only meant

US D Court
C D Ill/Dys Civil

USDL / — 1-11

(1d) All recognized
US American God/s
of Religions c/o Religions orgn
in USA : the God/s
failed to protect interests
of Plaintiff Dr Roy et al
to restore honor of USA
as tarnished by the hoax Nobel Peace Prize
Award of Designated US President
pursuant to US Constitution God/s
failed to protect civil rights of Dr Roy
to be President. Plaintiffs contend
if Obama was not designated US.
President, for sure

9

(1e) Head of Norway / Executive head
Norway, OSLO Norway — for failing
to stop a political hoax g award

(1-x) U.S.D court
~~Sthird~~ scruz

USDC
1-1x
R
10-9-08

(1-e) We the people in USA

pursuant to US Consts

300 Millions citizens including

Not alleged obama . Until he

proved that he was US born

(1-e)
(1f) All whom it may concern

With award above to

Bil Obama & who may

illegally support awards

USDC/CO
/PA/IL

(1D) (1G) All head of Nations
in Democracies in Globe
(1H) ~~yes~~ recognized by U NO-
(1#) U.S Judiciary
C/o us chief Justice
Supreme court , Washington dc
(1I) U.S Attorney General ,
I.J. U.S. ~~Congress~~ (both Houses , Capital washington dc

R 10/9/08

USD Court
CDFPA/IL

USDC/

X
15/9/09

Matter of civil rights
Violations on Weaker people
Viz Dr Kamal K K Roy &
Members of Association all
US citizen who were engaged
as activist/Reforms & worker
on people in USA etc
Were violated by most of
powerfuls in USA and
outsource USA like the

a Principal Defendant
Viz Nobel Prize Prize Peace
C/o Peace Nobel Foundation
at OSLO ○ The in house
Defendants did harm ○ & Caused
pain and Damaged K K K Roy
et al of their civil rights
to live pea peacefully in USA
for inequitable treatments to Plaintiffs
the Nobel Foundation et al Caused pain
harm & dishonor when Plaintiffs failed to protect
honor of US when Peace Prize Was Non

Dr
Kamal
K R
Roy
10/9/09
①

K Roy
10/9/09

& The Rev Kamal K K Roy a/k/a
JGJ as a US citizen can represent self
+ Associate with Association Act

U.S.
Constitutional
Right to Petition Govt

*original*

USDC/EDPA/Phila.ge 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

al Denver CD fl ILLINOIS IL.

see
Page 2
for some
Details

PLAINTIFFS
#1    Civil Action No. _____

Conglomerate of 20000+ NGOs
Plaintiff(s),

Unincorporated Assos.
#2 DV K+K Roy et al

EIN
13-354
6910
street
Address
USA
107A
Scribner
Ave. NY
S.I. NY
10301

Defendant(s).

Norwegian NOBEL PEACE PRIZE Committee
for award - NORWAY et al
(2009 + to award Prize to Bk-Obama)

### MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
### PURSUANT TO 28 U.S.C. § 1915

Rev Dr Kamal Karna K Roy a.p.a.t. was born as Joseph
14,
I request leave to commence this civil action without prepayment of fees or security JR
therefor pursuant to 28 U.S.C. § 1915. I do ____ do not ✗ (check one) request that the court
direct the United States Marshals Service to serve process. In support of my requests, I submit
the following affidavit and state that:

14 Kiwass
Rd. S/L
NY
12983

outsource
USA
Main office

✓ (1)    I am unable to pay such fees or give security therefor.

✓ (2)    The nature of this action is: Civil rights to protect
honor of Nation, USA

3 (3)    I am entitled to redress.
from misconducts of Defendant
et al

I further state that the responses I have made to the questions below relating to my ability
to pay the cost of prosecuting this action and other matters are true:

17th
Floor
T-space
(Flat 16F
Everest
46-C
J.L. Nehru
Rd
: Kolkat
IA
-700071
INDIA
office

### MARITAL STATUS AND DEPENDENTS
Single ✓ Married ____ Separated ____ Divorced ____ has an alien commonlaw wife

The following individuals are my dependents (Identify minor children by their initials only. Do not
include their date of birth.):

| Name | Age | Relationship |
|------|-----|--------------|
| Name | Age | Relationship |
| Name | Age | Relationship |
| Name | Age | Relationship |

### RESIDENCE
Street Address: 14 Kiwass Rd, ATSG NY 12983
City: _____  State: NY
Zip Code: _____  Telephone: (518) 891-5466

(Rev. 07/06)

Rev P. Das    10/9/2009    I am ordained clergy at Denver.
Co

Rev Kamal KK Ros    10/9/09

**EDUCATION**  *USDC COLPR    MBA, PLD*

What is the highest level of formal education you have received: _____

I can speak, read, write, and understand the English language: Yes _Yes_ No ___  *LLB*

**EMPLOYMENT**

If underlined employed at present, complete the following:

Name of employer: _____  *Part disable*    (3 A)

Address of employer: _____  *Sr Citizen*

Telephone number of
employer: _____

How long have you been employed by
present employer: _____  *I get SSI for*

Income:  Monthly $ _Nil_    Weekly $ _____  *disability    562⁰⁰/M*

If self-employed, state your net income: Monthly $ _____  Weekly $ _____  *Receive    pm*

What is the nature of your self-employment? _____  *X 156 M*

If unemployed at present, complete the following:  *pm*

I have been unemployed since: _____  *SS*

Name of last employer: _____  *Retirement*

Address of last employer: _____

Telephone number of last employer: _____  *I am*

Salary or hourly wage received from last employer: $ _____  *Was ordain clergy*

If spouse is employed, complete the following:  *on vow of poverty*

Name of employer: _Nil_    *IRS rule*

How long has spouse been employed by present employer: _____

Income:  Monthly $ _____    Weekly $ _____

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:

I have been receiving public assistance since: _Nil_

Monthly benefits: $ _____    Weekly benefits: $ _____

(14)  *See above*

**REAL AND PERSONAL PROPERTY**

Real property:

Do you own real property? Yes _____ No _____

If yes, describe: _____

Address: _____  *Nil*

Name(s) on title: _____

Estimated value: $ _____    Amount owed: $ _____

Annual income from real
property: $ _____

*USDC/CO/PA/IL/R*

*10/9/08*

*X    10/9/08*

Personal property:
Automobile:  Make: _____  Model: _____  Year: _____
Name(s) on registration: _____
Estimated value: $ _____  Amount owed: $ _____
Cash on hand:
Total amount of cash in banks and savings and loan
associations: $ _____
Names and addresses of banks and
associations:

_____
_____

Other information pertinent to financial status:  (Include stocks, bonds, savings bonds, interests in
trusts either owned or jointly owned):

_____
_____
_____

| **FINANCIAL OBLIGATIONS:** | **MONTHLY PAYMENT:** |
|---|---|
| Rent on house or apartment: | $ |
| Mortgage on house: | $ |
| Gas bill: | $ |
| Electric bill: | $ |
| Telephone bill: | $ |
| Food: | $ |
| Clothing: | $ |
| Automobile loan: | $ |
| Automobile insurance: | $ |
| Other insurance: | $ |
| Payments to retail merchants: | $ |
|    Total owed: | |
| Payments on any other outstanding | |
|    loans or debts: | $ |
|    Total owed: | |
| Payments to doctors, hospitals, | $ |
| lawyers: | |
|    Total owed: | |
| Maintenance under separation | |
|    or dissolution agreement: | $ |
|    Child support: | $ |
|    Other Payments: | |
|    Describe: | $ |
|    Describe: _____ | $ |
|    Describe: _____ | $ |
|    Describe: _____ | $ |
| Total monthly payments: | |

(Rev. 07/06)

USDC/CD illinois

**ATTEMPTS TO LOCATE COUNSEL**
Please list the name, address, and telephone number of each attorney you have contacted
requesting representation in this matter.  The court encourages you to contact a minimum of three
attorneys.

3C

Attorney: _____        Date Contacted: _____
Street Address: _____
City: _____             State: _____
Zip Code: _____         Telephone: _____

Attorney: _____        Date Contacted: _____
Street Address: _____
City: _____             State: _____
Zip Code: _____         Telephone: _____

Attorney: _____        Date Contacted: _____
Street Address: _____
City: _____             State: _____
Zip Code: _____         Telephone: _____

Attorney: _____        Date Contacted: _____
Street Address: _____
City: _____             State: _____
Zip Code: _____         Telephone: _____

Attorney: _____        Date Contacted: _____
Street Address: _____
City: _____             State: _____
Zip Code: _____         Telephone: _____

1b

Date: _____ 10/9/05

(Plaintiff's Original Signature)

Subscribed and sworn to before me this ____ day of ____

(Notary Public)

(Address)

My commission expires: _____

(Rev. 07/06)

ORIGINAL

USDC/CD Illinois

USDC/CO Illinois
USDC/EDPA
USDC/Co Original USDCt
Filing CV 08 2201 EMC

®AO 240 (Rev. 10/03)

**UNITED STATES DISTRICT COURT**

District of ___ N D of California

Association of Committee to elect Rev Dr Kamal
Karna Karnrace
Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

v.

United States United Nations Weaker community
organization NY NY at U.N. Plaza
Defendant

CASE NUMBER: ___

I, The Rev Dr Kamal Karna K Roy declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant ☐ other ___

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☐ No (If "No," go to Part 2)
   If "Yes," state the place of your incarceration ___
   Are you employed at the institution? ___ Do you receive any payment from the institution? ___
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
      and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
      and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment ☐ Yes ☐ No
   b. Rent payments, interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
   d. Disability or workers compensation payments ☐ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☐ No
   f. Any other sources ☐ Yes ☐ No
   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

Kamal K Roy   US America   Kamal K Roy   10/9/08

orignal

U S D Court / Co / PA / Co illinois

I N D / A / C

(4)

AO 240 Reverse (Rev. 10/03)

Orignals

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☐ No   ☑   see attached   K 10/9/08

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

If "Yes," describe the property and state its value.

Nil   see attached

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Dr Kamal K Roy   Dr Kamal K Roy

I declare under penalty of perjury that the above information is true and correct.

Rev Dr Kamal K

Rev Dr Kamal K Roy

10/9/01  4/24/08

4/24/08

Date        Signature of Applicant

A U.S American poor
a U.S citizen by

see attached

(18)  **NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

birth is a
US Presidential
candidate 2008
10/9/08  Nov 4 2008

Dr Roy am
Associate with
Legal Rebar
K Not as
officer volunteer by law

Dr Rev Kamal Roy
as a US citizen
born in USA
with 2 US citizen
parents in GUAM (U.S Territory)
in Pacific
Region
his 115 month

get a
hyself a job

K 10/9/08

Original

1-C-1

E-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~

Civil Action No. _____

(To be supplied by the court)

#1 A Legal Conglomerate 23,000+ Nos unincorporated Assoc with Dr Kamal Roy as volunteer officer.

, Plaintiff,

# All By (Prise) Dr Kamal Kerma R Roy a

#2 Rev Dr Kamal R Roy mobile clergy at Jurisdiction of above Court

#1

V.3 Nobel Peace Prize Committee (OSLO) at Norway who announced award to B. H. Obama a controversial recipient of award, the ~~the~~ Plaintiff claimed to was a hoax of honor these degraded honor of We the People in USA (see constn) including

, Defendant(s).

(List each named defendant on a separate line.)

# B.H. Obama on Default-US pres wef 1.20.2009

19

as 27 of USDC/Appeal /US Supreme Court /ICJ Hague were filed and now pending as obama et al were violator of civil rights against people wef 20 by legal candidate GOP Rebel 2014 Nos

**COMPLAINT**

The Rev Dr Kamal R R Roy et al & Conglomerate of Assoca of 20,000+ Nos Assoen

(Rev. 07/06)

# A Nobel Peace Prize Committee U.S. National un 2. to barred to award Peace prize

**PARTIES**

1.   Plaintiff _see attached_ is a citizen of _____

     who presently resides at the following address:

     _____

2.   Defendant _see attached_ is a citizen of _____

     who live(s) at or is/are located at the following address:

     _____

3.   Defendant _____ is a citizen of _____

     who live(s) at or is/are located at the following address:

     _____

     (Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4.   Jurisdiction is asserted pursuant to following statutory authorities:

     (1) USA Gov't is a Defendant

     (2) Nobel Prize Peace Committee

5.   Briefly state the background of your case:

     does business in
     USA as it awards
     prizes & did in fact
     awarded 2009
     Nobel Peace Prize to
     B.H obama, the
     designated
     US President
     as per US
     Constn & laws
     But the said
     Committee brought dishonor to
     ...dant to USA & ...
     people
     of USA
     & Plaintiff

     (Rev. 07/06)                    2

USDC/CD illinois

USDC/PA/CO 1-5
c-5

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:   ① Financial Damages 1/1/09

for pain /see all attached
harm   including why USA Govt
& Danger   PHOBama Nobel Committe
to Plaintiff   Dem. National Committe
for dishonor   be order to Show Cause
made to
Plaintiff   why obama was Considered
as KKRoy is   and awarded Prize which
a real person   was a political Hoax Carrying dishonor
who had feeling
has a pain

for 10/9/09   10/5/09
to US

Astonor   President
due to   by designation
National
honors
Lost in
controversial
and   dishonorable

selection
the Prize which   in 2009 Real
n candidates were
eliminated for
the Award for
in selection of
receipt of
Prize   BA Obama
a misfit for
Prize as a

(Plaintiff's Original Signature)
REV Dr Kamal K K Roy
(Street Address)   apple josph
(POOR)
(City, State, ZIP)
14 Kiwassa Rd
(Telephone Number)
(518)   #58
891-5466   SS #   Kamal
578-88-   Lake
4397   NY   12983

Dr Rev
Kamal
K
Roy

10/9
/09

M.BA. MS dagre
in management
maritime class
SUNY   BX N c
1974

(Rev. 07/06)

②

✓ Petition to amend existing Applicant EIN 13-3566610

(5) ⓐ Representative and member Activist all over USA
and at large USA for extending religious reforms

ORIGINAL

EXHIBIT X

3,000 yrs

USDC

PM/CO |

10/9/08

32

**Form SS-4** — Application for Employer Identification Number
(For use by employers and others. Please read the attached instructions before completing this form.)
OMB No. 1545-0003

1. Name of applicant (True legal name) — HANDICAP INTERESTS INTERNATIONAL ... A World Religion
   REV. DR. JOSEPH GERONIMO JR. PRESIDENT
4a. STATEN ISLAND NEW YORK 10301 NEW YORK
   RICHMOND COUNTY, NEW YORK
   REV. DR. JOSEPH GERONIMO JR. PRIEST/PRESIDENT — Hon chief

5a. Type of entity — ✓ Other (specify) Conglomerate of 2000 — Church Central Seat
   HAVING A ... Church Central Seat
8. Reason for applying — ADDITION OF ... 3000 thru
9. 3000 thru
   CHURCH INTER CENTRE of INTERFAITH RELIGION
   RELIGIOUS PUBLIC
   HANDICAP INTERESTS INTERNATIONAL
   1984 HOGANSBURG, NY 00501 13-3566610
   REV. DR. JOSEPH GERONIMO JR. (718) 816-7091

ITEM-2 3rd TRADE NAME HANDICAP INTERESTS INTERNATIONAL
107A Scribner Ave
Saranac Lake, P.O Box 1173, 2004 New York City (S.I) NY 10301
Niagara falls, New York 12983 office at 2'

(✓) **Handicap Interests International (World Religions Group)**
**Reforms Int'l: Associate H. I. I. Inc. Exchange Union, AIMC**
EIN 13-3566610 (non profit tax exempt by I.R.S (US Dept of Treasury)
107 Scribner Avenue, Staten Island, New York 10301.
**Local address : PO Box 1173, Saranac Lake, NY 12983.**
Ph 518-891-5466, Date 8/4/ 2008 2004. Ref #1 IWR /8
**We are an Association, ordinary under New York state laws and filed as a charity with NY state.**

ⓑ Associations (unincorporated) was named

Association #1 to Association #3000
of the Conglomerate above and her other names.

JGJ KNR
10/9/08

USDC/CD Illinois Kamal K.K. Roy
Springfield JGJ 10/9/08

ORIGINAL

U.S. District of Northern...
U.S. District Court...

Civil Complaint

Title suggested...
Jury Trial Demanded
Civil Case

(#2) Kamal Karna Roy
P.O. Box 1173
Saranac Lake, NY 12983

Compensatory &
Punitive Damages

(#3) John Michael U.S. Senator...

demanded USD

(#2) BARACK H Obama — do Democrats

Hillary R Clinton — do — do

USA Govt, Washington DC

For Violations of Rights
of U.S. Constitution

(4A) Some Judges of US Hon. Judge
U.S.A Constitution

U.S. President
Candidate of Nation, U.S.A
2008

(5A) We the people of USA
(5B) U.N.O, N.Y, N.Y US Physical
(5B) USA Senate + US House of Representatives
Super delegate of Democrats
National Republican Party, GOP
National Democratic Party of USA
Washington DC
All Religions of the USA
All Grant Govts...
All News media...(Associated...)
We the people of USA...
All states (50 N.J)
All State Board of Election in USA

(11) All State Board of Election in USA

(12) All territories...
U.S. Judiciary of US...

Rev Dr Kamal K K Roy
Defendants
JCR

I am a US both citizen who was born in Guam...
and pursuant to...

Rev Dr Kamal K K Roy

JCR

Rev Dr The Kamal K Roy JCR
aka JCR
10/9/09

33



**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**OFFICE OF THE CLERK**
**THURGOOD MARSHALL COURTHOUSE**
**40 CENTRE STREET- ROOM 1803**
**NEW YORK, N.Y. 10007**
**212 857-8500**

DENNIS JACOBS,
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK

October 2, 2009

**NORTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**

100 South Clinton Street, 7th Floor
Syracuse, NY 13261-7367
**Attn: Appeals**

Re: Roy v. State of California
Dkt. No.: 09-cv-814

Dear Appeals Clerk:

The enclosed are Pro se NOA papers, was first received in our court on September 9, 2009. The papers were submitted in a timely manner, when originally received.

In accordance with **Rule 4(d) of the Federal Rules of Appellate Procedure,** I have noted thereon the date it was received, and transmit it to you for filing. In the event that this notice of appeal was also filed directly with you, it need not be filed again.

CATHERINE O'HAGAN WOLFE,
Clerk of the Court

By: _____
Rudina Leka
Intake Case Manager

Enc.

EDWARD J. MAZDZER, MD
*Diplomate of the American Board of Psychiatry and Neurology*



December 17, 2008

RE:    Kamal Roy
DOB:  03-31-34

Dr. Barry Kilbourne
North Country Family Physicians
309 Co. Rte. 47 – Suite 1
Saranac Lake, NY 12983

Dear Barry,

Please find enclosed a copy of the CT scan of the head on Kamal Roy. As you will see, he has evidence of strokes primarily in the left internal capsule region and then also in the right centrum semiovale area. These appear to be old. He remembers having a stroke in the right side of his brain in 1987 and then, as you are aware, he had a motor vehicle accident in 1993.

His present medications include aspirin, Baclofen, Norvasc, Metoprolol, Metformin, Prandin, Protonix and Imdur. He takes one aspirin daily.

Unfortunately he still complains of dizziness which is mostly an unsteadiness.

His neurologic exam remains unchanged although I believe that his speech is easier to understand although still quite dysarthric. As you know, he has a funny gait and tends to get up on his toes.

IMPRESSION:        Kamal Roy does not have evidence of any new cerebral ischemic events. At this point I would just maintain him on his present regimen and we will see him again in six months in follow up.

Sincerely,

Edward J. Mazdzer, MD
EJM/bl
ENC: CT scan report

P.O. BOX 1269, 2249 STATE ROUTE 86, REDFIELD MEDICAL BUILDING, SUITE 1
SARANAC LAKE, NY • 12983
PHONE: 518/891-9795 • FAX: 518/891-6302

Kamal Roy
September 16, 2009
Page Two

I still do not have any specific recommendations for Kamal other than to try to work to relieve neck muscle spasm. I try to avoid the use of chronic daily analgesics as this often leads to medication overuse and rebound. Any measure that is helpful in working on his neck including physical therapy, massage therapy and chiropractic therapy may be helpful in alleviating some of his head pains.

Sincerely,

Edward J. Mazdzer, MD
EJM/bl

USDC

Case 3:09-cv-...

Jury Trial Panel

Matter of 39999+ Nos unincorporated Assoc as
combined at #H1 WA Frmg College NYC

By Kamal Karna Roy, MBA CWB Mast Tme NYC
PO Box 1173                    Ph.D, D.D, LLB (law) Adv art in
14 Kiwassa Rd                  Public Adm ; a candidate of
Apt 5G                         Election see life 1 & Victim
Saranac Lake, NY 12983

The Rev                        of Jungl Democracis in
Dr
Kamel KR                       USA and finding that
4/14/09  NY                    US Democracy is in part
for 39999+ plaintiff           peril in USA especially for
                               Neuter people in USA

Plaintiff 4 Jungl Democracies ...

Plaint # #5         Vs

Deft 4A AT&T    the debt of Bankrupt
#4 WB CO   to Ittny wismer summer with at fofee Bills
#Le Commur Bank NY12983  Defendants       Plaint#5
#5:  Hil D, Moon st Buffalo, Wa not helping
                                           to use
#6   USA Govt, c/o White House Washington DC  correct inform
                                                of Res
#7   FEC Washington Dc — Electoral 2000

#7A Col/s in USA Factures in Campaign...
#7B Religions in USA    US Presid Nov 4, 2008
#8    UNO Nyc Ny                         Election

#9   All States of USA      Unlawfully
#10 State of Hawaii, Honolulu, HI  Elections
#11  B.H.Obama US President WJ  1.20.09
# All these Media in USA         et al 29335 Nos

USDC/WD Wa
Seattle WA
K 4/18/09   # Kamel K Ry
                 4/18/09

K                K
10/9/09          10/9/09

K
10/9/09                   K
                          10/9/09

USDC/C.D. Illinois

Spring field
IL 4
WDN

AO 240 (Rev. 10/03)

**UNITED STATES DISTRICT COURT**

District of Texas at Dallas

Association g Committee
to elect Rev Dr Kamal
Karma Karmakar

Plaintiff

V.

United Nations Worker's commenent in USA as My Citizen
organization NY NY   GOP President against
U.S. Govt   Defendant   illegally corrupt
Washington D.C.   John Rickson etse g

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, The Rev Dr Kamal Karma K Roy declare that I am the (check appropriate box) Democrat

☐ petitioner/plaintiff/movant ☐ other Mailing address 1770 Air USA

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
      and address of your employer.
      U.S. American Democratic Republic failed poor etsl
      for Leadership Electoral competition 2008 g US Presdt

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
      and pay period and the name and address of your last employer.   SS Disability
      Kamal KK Roy is a minister clergy   534.00 per mo
      poor affidavit could

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☒ Yes ☐ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No   see attached

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

FE'l

The Rev Dr KKR
Kamal 4/24/08
~ A U.S. GOP Presidential Candidate

39

1/9/08

original

Kamal KK
Roy
poor
Plaintiff



Complaints for violations of civil rights

In the U.S. District Court for IL (S/D)

Jury Trial Demanded

Page-1

Civil Case No.

see civil packet for Punitive and compensatory Damages. The Demanded

Title of Case

7995 + Nos EIN 13-356LLP Plaintiffs

Judge Hon panel of 5 Judges Demanded

Filed on 7/8/09

unincorporated Associations formed as conglomerate within Handicap Interests Intr — WHOR & Dr Kamal Roy

By Dr Kamal H Roy P.O. B 1173 S/I, NY 11953

Vs Estate of Michale Jackson & US as a group

(1)

(5) Ref for Dr K K Roy in an activist for people

The US Democracy is in peril. The US Constitution was failed. Plaintiffs were pained in democracies especially in US. Dr Roy & Plaintiffs were ...

(4) The US Govt officers role in late recording. False recording dates could not be held without Govt officials role; in spl prosecutor else offented by US Atton Genl

(3)

(2) the super Rich /powerful and legendary figure in USA. Deceased Deceased Michael Jackson violated civil laws for recording birth of (minor) step children now) with false dates

(6) Demand To. spl Prosecutors be appointed to find out corrupt practices of Recordings of birth of B.A & both Obama, the in Default US President w.e 1.21.09 although Plaintiff Dr Roy as candidate Rebel GOP, EFC Regd m 9/7/09 filed 240+ CIVIL actions in US to challenge his birth

The Constitution has been failing the weaker people including Per Dr Kamal K K Roy MBA (SUNY Maritime College B+ NYC 1974 ID 578-80 -4399) PhD, D.D LLB (Lewis) from accredited school outsource USA Advice in Pol Adm (US) Grading Was

42

10/9/09

X 10/9/09

X 10/9/09

Attachment A



# U.S. Party/Case Index

## Civil Name Search Results

**111 Total Party matches for selection ROY, KAMAL for ALL COURTS**

Search Complete

Wed May 20 14:19:06 2009

Selections 55 through 108 (Page 2)

● Download (3 pages $ 0.00)

⇐ Previous 54    ⇒ Next 3

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 55 | ROY, KAMAL K. K. | paedce | 2:2007cv03690 | 09/07/2007 | 440 | 09/07/2007 |
| 56 | ROY, KAMAL K. K. | paedce | 2:2008cv05576 | 11/28/2008 | 440 | 12/03/2008 |
| 57 | ROY, KAMAL K.K. | codce | 1:2009cv00190 | 01/30/2009 | 440 | 03/12/2009 |
| 58 | ROY, KAMAL K.K. | ctdce | 3:2007mc00239 | 08/20/2007 | 440 | |
| 59 | ROY, KAMAL K.K. | codce | 1:2007cv01172 | 06/05/2007 | 440 | 07/27/2007 |
| 60 | ROY, KAMAL K.K. | codce | 1:2008cv01305 | 06/20/2008 | 440 | 08/11/2008 |
| 61 | ROY, KAMAL K.K. | codce | 1:2008cv01857 | 08/29/2008 | 440 | 10/09/2008 |
| 62 | ROY, KAMAL K.K. | codce | 1:2008cv02245 | 10/16/2008 | 440 | 11/28/2008 |
| 63 | ROY, KAMAL K.K. | codce | 1:2008cv02596 | 12/01/2008 | 440 | 01/08/2009 |
| 64 | ROY, KAMAL K.K. | paedce | 2:2006cv05367 | 12/20/2006 | 440 | 12/20/2006 |
| 65 | ROY, KAMAL KARNA | mtdce | 6:2008cv00004 | 01/14/2008 | 440 | 02/19/2008 |
| 66 | ROY, KAMAL KARNA | hidce | 1:2009cv00006 | 01/06/2009 | 441 | 01/27/2009 |
| 67 | ROY, KAMAL KARNA | paedce | 2:2009cv00007 | 01/02/2009 | 440 | 01/15/2009 |
| 68 | ROY, KAMAL KARNA | hidce | 1:2009cv00013 | 01/08/2009 | 440 | 02/10/2009 |
| 69 | ROY, KAMAL KARNA | wvndce | 5:2007cv00014 | 01/26/2007 | 440 | 09/09/2008 |
| 70 | ROY, KAMAL KARNA | nyndce | 7:2006cv00031 | 01/10/2006 | 440 | 11/14/2006 |
| 71 | ROY, KAMAL KARNA | mtdce | 6:2007cv00059 | 09/24/2007 | 440 | 11/15/2007 |
| 72 | ROY, KAMAL KARNA | mtdce | 6:2008cv00080 | 11/25/2008 | 440 | 01/09/2009 |
| 73 | ROY, KAMAL KARNA | mtdce | 9:2008cv00085 | 06/05/2008 | 440 | 07/21/2008 |
| 74 | ROY, KAMAL KARNA | nyedce | 1:2009mc00095 | 02/10/2009 | | 02/10/2009 |
| 75 | ROY, KAMAL KARNA | dedce | 1:2008mc00102 | 05/28/2008 | 890 | |
| 76 | ROY, KAMAL KARNA | nhdce | 1:2007cv00199 | 07/23/2007 | 440 | 09/05/2007 |
| 77 | ROY, KAMAL KARNA | dedce | 1:2007cv00206 | 04/18/2007 | 440 | 05/08/2007 |
| 78 | ROY, KAMAL KARNA | hidce | 1:2008cv00232 | 06/24/2008 | 440 | 07/24/2008 |
| 79 | ROY, KAMAL KARNA | hidce | 1:2008cv00234 | 05/19/2008 | 441 | |
| 80 | ROY, KAMAL KARNA | hidce | 1:2008cv00316 | 07/07/2008 | 440 | 07/30/2008 |
| 81 | ROY, KAMAL KARNA | nhdce | 1:2007fp00336 | 10/15/2007 | 440 | |
| 82 | ROY, KAMAL KARNA | nyedce | 1:2007cv00340 | 01/12/2007 | 890 | 02/20/2007 |

U.S. Party/Case Index Civil Name Search Results                                Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | ROY, KAMAL KARNA | nyedce | 1:2008cv00388 | 01/17/2008 | 890 | 02/20/2008 |
| 84 | ROY, KAMAL KARNA | hidce | 1:2008cv00401 | 09/05/2008 | 440 | 10/21/2008 |
| 85 | ROY, KAMAL KARNA | nyndce | 8:2009cv00403 | 04/06/2009 | 440 | |
| 86 | ROY, KAMAL KARNA | hidce | 1:2008cv00415 | 09/12/2008 | 440 | 12/02/2008 |
| 87 | ROY, KAMAL KARNA | hidce | 1:2008cv00424 | 09/22/2008 | 441 | 10/22/2008 |
| 88 | ROY, KAMAL KARNA | wawdce | 2:2009cv00429 | 04/01/2009 | 440 | |
| 89 | ROY, KAMAL KARNA | hidce | 1:2008cv00448 | 10/08/2008 | 440 | 10/27/2008 |
| 90 | ROY, KAMAL KARNA | nyndce | 8:2008cv00455 | 05/20/2008 | 441 | 09/23/2008 |
| 91 | ROY, KAMAL KARNA | dedce | 1:2006cv00503 | 08/14/2006 | 440 | 09/13/2006 |
| 92 | ROY, KAMAL KARNA | hidce | 1:2008cv00519 | 11/17/2008 | 440 | 01/26/2009 |
| 93 | ROY, KAMAL KARNA | hidce | 1:2007cv00543 | 10/29/2007 | 440 | 11/05/2007 |
| 94 | ROY, KAMAL KARNA | nyedce | 1:2008mc00554 | 10/09/2008 | | 03/30/2009 |
| 95 | ROY, KAMAL KARNA | hidce | 1:2008cv00580 | 12/22/2008 | 441 | 03/10/2009 |
| 96 | ROY, KAMAL KARNA | dedce | 1:2006cv00685 | 04/19/2007 | 440 | 04/24/2007 |
| 97 | ROY, KAMAL KARNA | nyndce | 8:2008cv01075 | 10/09/2008 | 440 | 04/01/2009 |
| 98 | ROY, KAMAL KARNA | nyedce | 1:2008cv01257 | 03/21/2008 | 890 | 04/11/2008 |
| 99 | ROY, KAMAL KARNA | wawdce | 2:2008cv01626 | 11/05/2008 | 440 | 01/05/2009 |
| 100 | ROY, KAMAL KARNA | txsdce | 4:2008cv02345 | 07/25/2008 | 890 | 12/10/2008 |
| 101 | ROY, KAMAL KARNA | txsdce | 4:2006cv02538 | 08/01/2006 | 864 | 12/21/2006 |
| 102 | ROY, KAMAL KARNA | nyedce | 1:2007cv02930 | 06/29/2007 | 440 | 12/06/2007 |
| 103 | ROY, KAMAL KARNA | nyedce | 1:2008cv03120 | 07/23/2008 | 890 | 08/13/2008 |
| 104 | ROY, KAMAL KARNA | nyedce | 1:2007cv03420 | 08/09/2007 | 890 | 12/06/2007 |
| 105 | ROY, KAMAL KARNA | nyedce | 1:2007cv04889 | 11/15/2007 | 890 | 12/06/2007 |
| 106 | ROY, KAMAL KARNA | madce | 1:2007cv11208 | 07/02/2007 | 440 | 08/02/2007 |
| 107 | ROY, KAMAL KARNA | miedce | 2:2009cv11905 | 05/19/2009 | 440 | |
| 108 | ROY, KAMAL KARNA K | wydce | 2:2008cv00021 | 01/15/2008 | 441 | 02/28/2008 |

⇦ Previous 54    ⇨ Next 3

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/20/2009 14:19:35 | | |
| PACER Login: | us4424 | Client Code: | roy |
| Description: | Civil srch pg 2 | Search Criteria: | ROY, KAMAL |
| Billable Pages: | 1 | Cost: | 0.08 |

**U.S. Party/Case Index - Home**

Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

https://pacer.uspci.uscourts.gov/cgi-bin/disp_page.pl?id=29597&st=55&puid=01242839748   5/20/2009

U.S. Party/Case Index Civil Name Search Results                    Page 1 of 1

# U.S. Party/Case Index

## Civil Name Search Results

**111 Total Party matches for selection ROY, KAMAL for ALL COURTS**
**Search Complete**
Wed May 20 14:19:06 2009
Selections 109 through 111 (Page 3)

● Download (3 pages $ 0.00)

*Previous 54* ⇐

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 109 ROY, KAMAL KARNA K | wydce | 2:2008cv00117 | 05/05/2008 | 441 | 07/21/2008 |
| 110 ROY, KAMAL KARNA K | wydce | 2:2008cv00172 | 07/07/2008 | 440 | 07/21/2008 |
| 111 ROY, KAMAL KARNA K | wydce | 2:2007cv00246 | 10/09/2007 | 440 | 12/06/2007 |

*Previous 54* ⇐

### PACER Service Center

#### Transaction Receipt

| | 05/20/2009 14:20:22 | | |
|---|---|---|---|
| **PACER Login:** | us4424 | **Client Code:** | roy |
| **Description:** | Civil srch pg 3 | **Search Criteria:** | ROY, KAMAL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help