E-FILED
Tuesday, 20 October, 2009  03:27:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KAMAL KARNA ROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 09-3274 |
| | ) | |
| BARACK OBAMA, NORWEGIAN NOBEL PEACE PRIZE COMMITTEE, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This matter is before the Court on the Plaintiff's motion for leave to proceed in forma pauperis.

The Court has reviewed the Plaintiff's proposed complaint, which for the most part is unintelligible. To the extent that the Court is able to decipher the pleadings, it is apparent that the Plaintiff is seeking relief which is not available in federal court.

Accordingly, the Court finds that the proposed complaint is frivolous,

1

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Ergo, the Plaintiff's motion for leave to proceed in forma pauperis [d/e 2] is DENIED.

This case is DISMISSED WITH PREJUDICE.

ENTER: October 20, 2009

> FOR THE COURT:

> > s/Richard Mills
> > United States District Judge